EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Reglas para Casos Civiles De Litigación Compleja | 2006 TSPR 192 169 DPR _____ |
|---|---|

Número del Caso: ER-2006-2

Fecha: 29 de diciembre de 2006

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Reglas para Casos Civiles
de Litigación Compleja

Núm. ER-2006-2

Enmienda a la Regla
4 (a) de las Reglas
para Casos Civiles de
Litigación Compleja

RESOLUCIÓN

San Juan, Puerto Rico, a  de 29 de diciembre de 2006.

Atendida la recomendación de la Directora Administrativa de los Tribunales se enmienda la Regla 4 (a) de las Reglas para Casos Civiles de Litigación Compleja, 4 L.P.R.A. Ap. XXVII, para que exprese lo siguiente:

Regla 4. Determinación

(a) Uno o más casos de una región  judicial. Cuando se trate de uno o más casos de una región judicial, un Juez o una Jueza del Tribunal de Primera Instancia, motu proprio o a instancia de parte mediante moción, puede solicitar que el caso se tramite como un caso civil de litigación compleja.  El Juez o la Jueza del Tribunal de Primera Instancia referirá el asunto a la Jueza Administradora o al Juez Administrador de la Región Judicial para su oportuna determinación. Hecha la determinación de caso complejo el Juez Presidente designará la Jueza o el Juez del Tribunal de Primera Instancia que atenderá el caso. La asignación que con ese propósito hubiese realizado un Juez Administrador o una Jueza Administradora Regional a la fecha de aprobación de esta enmienda se entenderá ratificada para todos los efectos.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.  El Juez Asociado señor Rivera Pérez no interviene.


Dimarie Alicea Lozada
Secretaria del Tribunal Supremo Interina